MABEL G. ROTHSCHILD, Doing Business under the Firm Name and Style of YONKERS SECURITY COMPANY, Appellant, v. GEORGE EICKEMEYER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

MORRIS WEISMAN, Appellant, v. DAVID ROTHENSTEIN, Respondent.— Order affirmed, with costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

ROSE V. CARROLL, as Administratrix, etc., of DANIEL W. CARROLL, Deceased, Respondent, v. CITY OF YONKERS, Appellant.— Order of reversal to be resettled to read: This court having examined the facts and found no error therein. [See 193 App. Div. 655.] Such reversal being on exceptions taken at the trial, is reviewable by the Court of Appeals only by a stipulation for judgment absolute. Therefore, it is improper to certify questions. (*Mundt* v. *Glokner*, 160 N. Y. 571; *New York Central & H. R. R. R. Co.* v. *State of N. Y.*, 166 id. 286; *Smith* v. *Furst*, 188 App. Div. 892.) Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

ALICE F. CASS, Respondent, v. RUTH H. GARRISON, Individually and as Administratrix, etc., Appellant, Impleaded with GILBERT GARRISON, Defendant.— Motions denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

MARY HODES, Respondent, v. ANNIE GOLDSTEIN, Appellant.— Motion denied, on condition that appellant perfect the appeal, place the case on the calendar for the January, 1921, term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Estate of JERONEMUS S. UNDERHILL, Deceased.— Motion denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

WILLIAM H. KINNEARY, Respondent, v. IRENE E. PARRETT and Others, Defendants, Impleaded with CLINTON TRADING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

HARRIET J. McCOUN, Appellant, v. AMY K. PIERPONT and Another, Respondents.— Motion for reargument granted, and case set down for Tuesday, January 11, 1921. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

ROSE M. PALMER and LILLIAN PALMER, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MONARCH, Appellant.— Motion to resettle order granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MONARCH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JAMES WALTER MEYER, Respondent, v. ANGELO J. BARBATO, Appellant.